NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SERGEANT RAMON MARTINEZ : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, : | **ORDER** |
| v. : | Civil Action No. 07-cv-5949(DMC) |
| STATE OF NEW YORK, OFFICE OF THE : INSPECTOR GENERAL : | |
| Defendants. : | |

This matter having come before the Court upon the motion of Plaintiff Sergeant Ramon Martinez for an Order to Show Cause why an order should not be entered enjoining Defendant New York Office of the Inspector General from enforcing or requiring compliance with a subpoena issued to Plaintiff. The Court having considered the papers submitted in support of and in opposition to the motion; and the parties having appeared for a hearing in this Court; and the parties agreeing that if New Jersey showed that it too is involved in the subject investigation, then Plaintiff would no longer seek relief from this Court; and this Court having received a letter from the New Jersey Office of the Inspector General stating the same;

IT IS on this   28th   day of January, 2008

**ORDERED** that Plaintiff's motion is **denied.**

        S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Cc:   Clerk's Office
      Hon. Mark Falk, U.S.M.J.
      All parties of record
      File